IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRENDA LEE KRAMER,
    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant

NO. 3:12-CV-1622

(JUDGE NEALON)

## ORDER

**NOW**, this 10th day of FEBRUARY, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Kramer's appeal of the Commissioner's decision is **DENIED**.

2. The decision of the Commissioner of Social Security denying Kramer social security disability insurance benefits is **AFFIRMED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON
FEB 10 2014
PER _____ DEPUTY CLERK